## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Geoffrey M. Fritz                    CHAPTER 13

 Debtor(s)

 BKY. NO. 24-11831 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of STIFEL BANK & TRUST and index same on the master mailing list.

 Respectfully submitted,

 /s/ *Denise Carlon*
 PA Eastern BK
 04 Jun 2024, 17:55:45, EDT

 KML Law Group, P.C.
 701 Market Street, Suite 5000
 Philadelphia, PA 19106-1532
 (215) 627-1322