Asure Operations, Inc
405 Colorado St, Suite 1800
Austin, TX 78701

Goldman Sachs Bank
USA
n/a
New York, NY

PAY TO THE ORDER OF:
Geoffrey Fritz
1544 Hidden Valley Road
Allentown, PA 18103

**Pay**: ******* **VOID - NON NEGOTIABLE - VOID** ******* **$806.35**

Payment Date
5/31/2024

Check Number
21568

Payment Amount
$806.35

## STATEMENT OF EARNINGS FOR GEOFFREY FRITZ

| Payment Date | Check No | Payment Amount |
|---|---|---|
| 5/31/2024 | 21568 | $806.35 |
| **Pay Period** | **Employee No** | **SSNO** |
| 5/9/2024 - 5/23/2024 | AS1757 | XXX-XX- |

| Company Info, Bulletins, and Upcoming Events |
|---|
| N/A |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| * Group Term Life Imputed Income | 0.00 | 31.2500 | $4.05 | $4.05 |
| Regular Pay | 33.57 | 31.2500 | $1,049.06 | $1,049.06 |
| **Totals:** | **33.57** | | **$1,049.06** | **$1,049.06** |

| Pre-Tax Deductions | Amount | YTD |
|---|---|---|
| Dental 125 EE | $29.50 | $29.50 |
| HSA Contribution - EE | $25.00 | $25.00 |
| Medical 125 - EE | $67.50 | $67.50 |
| Vision 125 - EE | $3.12 | $3.12 |
| **Totals:** | **$125.12** | **$125.12** |

| Benefit | | Avail. |
|---|---|---|
| N/A | | |
| **Totals:** | | **0** |

| Taxes | Filing | Amount | YTD |
|---|---|---|---|
| Fed. Medicare Employee | | $13.46 | $13.46 |
| Fed. Soc. Sec. Employee | | $57.54 | $57.54 |
| LOWER MACUNGIE TWP RES | | $10.67 | $10.67 |
| PA State Income Tax | S-0 | $28.49 | $28.49 |
| PA State Unemploy Tax Employee | | $0.73 | $0.73 |
| **Totals:** | | **$110.89** | **$110.89** |

| Deductions | Amount | YTD |
|---|---|---|
| * AD&D ER | $1.30 | $1.30 |
| * Dental 125 ER | $50.38 | $50.38 |
| * GTL_ER | $5.24 | $5.24 |
| * Health Savings Account - ER | $83.33 | $83.33 |
| * Long Term Disability - ER | $5.09 | $5.09 |
| * Medical - ER | $963.83 | $963.83 |
| * STD - ER | $1.16 | $1.16 |
| * Vision 125 - ER | $3.12 | $3.12 |
| Voluntary ADD - Child | $3.00 | $3.00 |
| Voluntary ADD - EE | $0.15 | $0.15 |
| Voluntary ADD - Spouse | $3.00 | $3.00 |
| Voluntary Life - EE | $0.55 | $0.55 |
| **Totals:** | **$6.70** | **$6.70** |

| Net Pays | Amount | YTD |
|---|---|---|
| ACH Checking Account - XX | $806.35 | $806.35 |
| **Totals:** | **$806.35** | **$806.35** |

| Begin Date | End Date | Pay Code | Hours | Rate | Shift | Total Paid | Labor 1 | Labor 2 | Labor 3 | Labor 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/2024 | 5/23/2024 | REGULAR | 33.57 | 31.2500 | | $1,049.06 | ASUREOPS | 210 | 120 | |
| | | Totals: | 33.57 | | | $1,049.06 | | | | |

Asure Operations, Inc
405 Colorado St, Suite 1800
Austin, TX 78701

Goldman Sachs Bank USA
n/a
New York, NY

PAY TO THE ORDER OF:
Geoffrey Fritz
1544 Hidden Valley Road
Allentown, PA 18103

*Pay*: ******* **VOID - NON NEGOTIABLE - VOID** ******* **$2,377.45**

Payment Date
6/14/2024

Check Number
22285

Payment Amount
$2,377.45

## STATEMENT OF EARNINGS FOR GEOFFREY FRITZ

| Payment Date | Check No | Payment Amount | Company Info, Bulletins, and Upcoming Events |
|---|---|---|---|
| 6/14/2024 | 22285 | $2,377.45 | N/A |
| **Pay Period** | **Employee No** | **SSNO** | |
| 5/24/2024 - 6/8/2024 | AS1757 | XXX-XX-■■■■ | |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Holiday Pay | 8.00 | 31.2500 | $250.00 | $250.00 |
| * Group Term Life Imputed Income | 0.00 | 31.2500 | $4.05 | $8.10 |
| Overtime - Reg Rate | 3.83 | 46.8750 | $179.53 | $179.53 |
| Regular Pay | 79.67 | 31.2500 | $2,489.69 | $3,538.75 |
| Totals: | 91.5 | | $2,919.22 | $3,968.28 |

| Pre-Tax Deductions | Amount | YTD |
|---|---|---|
| Dental 125 EE | $29.50 | $59.00 |
| HSA Contribution - EE | $25.00 | $50.00 |
| Medical 125 - EE | $67.50 | $135.00 |
| Vision 125 - EE | $3.12 | $6.24 |
| Totals: | $125.12 | $250.24 |

| Benefit | Avail. |
|---|---|
| N/A | |
| Totals: | 0 |

| Taxes | Filing | Amount | YTD |
|---|---|---|---|
| Fed. Income Tax | M-0 | $87.11 | $87.11 |
| Fed. Medicare Employee | | $40.57 | $54.03 |
| Fed. Soc. Sec. Employee | | $173.49 | $231.03 |
| LOWER MACUNGIE TWP RES | | $32.18 | $42.85 |
| PA State Income Tax | S-0 | $85.90 | $114.39 |
| PA State Unemploy Tax Employee | | $2.04 | $2.77 |
| Totals: | | $421.29 | $532.18 |

| Deductions | Amount | YTD |
|---|---|---|
| * 401K Safe Harbor ER Contrib. | $87.70 | $87.70 |
| * AD&D ER | $1.30 | $2.60 |
| * Dental 125 ER | $50.38 | $100.76 |
| * GTL_ER | $5.24 | $10.48 |
| * Health Savings Account - ER | $83.33 | $166.66 |
| * Long Term Disability - ER | $5.09 | $10.18 |
| * Medical - ER | $963.83 | $1,927.66 |
| * STD - ER | $1.16 | $2.32 |
| * Vision 125 - ER | $3.12 | $6.24 |
| Voluntary ADD - Child | ($2.94) | $0.06 |
| Voluntary ADD - EE | $0.45 | $0.60 |
| Voluntary ADD - Spouse | ($2.70) | $0.30 |
| Voluntary Life - EE | $0.55 | $1.10 |
| Totals: | ($4.64) | $2.06 |

| Net Pays | Amount | YTD |
|---|---|---|
| ACH Checking Account - XX▇ | $2,377.45 | $3,183.80 |
| Totals: | $2,377.45 | $3,183.80 |

| Begin Date | End Date | Pay Code | Hours | Rate | Shift | Total Paid | Labor 1 | Labor 2 | Labor 3 | Labor 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/24/2024 | 6/8/2024 | HOLIDAY | 8.00 | 31.2500 | | $250.00 | ASUREOPS | 210 | 120 | |
| 5/24/2024 | 6/8/2024 | OVERTIME | 3.83 | 46.8800 | | $179.53 | ASUREOPS | 210 | 120 | |
| 5/24/2024 | 6/8/2024 | REGULAR | 79.67 | 31.2500 | | $2,489.69 | ASUREOPS | 210 | 120 | |
| | | Totals: | 91.5 | | | $2,919.22 | | | | |