Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11831-PMM**

Geoffrey M. Fritz  
1544 Hidden Valley Rd  
Allentown  PA    18103-9784

Petition Filed Date: 05/30/2024  
341 Hearing Date: 07/16/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | $1,403.00 | | | | | | | |

**Total Receipts for the Period: $1,403.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,806.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $460.60 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,277.87 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $141.36 | $0.00 | $0.00 |
| 4 | CITIBANK NA<br>»» 003 | Unsecured Creditors | $10,308.32 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,068.26 | $0.00 | $0.00 |
| 6 | PNC BANK<br>»» 005 | Unsecured Creditors | $15,752.43 | $0.00 | $0.00 |
| 7 | CENLAR FSB<br>»» 006 | Mortgage Arrears | $22,953.63 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11831-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,806.00 | Current Monthly Payment: | $1,484.00 |
| Paid to Claims: | $0.00 | Arrearages: | $162.00 |
| Paid to Trustee: | $280.60 | Total Plan Base: | $89,040.00 |
| Funds on Hand: | $2,525.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.