UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Geoffrey M. Fritz<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-11831-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of October, 2024, by first class mail upon those listed below:

Geoffrey M. Fritz
1544 Hidden Valley Rd
Allentown, PA 18103-9784

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, STE 3
BLANDON, PA 19510

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee