L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **GEOFFREY M. FRITZ** | : | |
| | : | Bky. No. 24-11831-PMM |
| | : | |
| Debtor. | : | |

* * * * * * * * * * * * * * * *

**CERTIFICATION OF SERVICE**

    I, Stephen M. Otto, certify that on January 31, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 31, 2024                                By: */s/* Stephen M. Otto
                                                                                            Stephen M. Otto Esq.
                                                                                            PA. I.D. No. 82463
                                                                                            Cornerstone Law Firm, LLC
                                                                                            8500 Allentown Pike, STE 3
                                                                                            Blandon, PA 19510
                                                                                            (610) 926-7875
                                                                                            steve@cornerstonelaw.us

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

DENISE ELIZABETH CARLON on behalf of Creditor STIFEL BANK & TRUST
Creditor
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

United States Trustee
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

Scott Waterman
Trustee
Via:    **X CM/ECF**    1st Class Mail    Certified Mail    e-mail:

Bank of America
ATTN: Bankruptcy
PO Box 25118
Tampa, FL 33622-5118
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Cenlar FSB
ATTN: BK Dept
425 Phillips Blvd
Ewing, NJ 08618
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241
Creditor
Via:    CM/ECF    **X 1st Class Mail**    Certified Mail    e-mail:

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

Lehigh Valley Health Network
Patient Accounting Department
Po Box 4120
Allentown, PA 18105-4120
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

PNC Financial
Attn: Bankruptcy
300 Fifth Avenue
Pittsburgh, PA 15222
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

Freedom Mortgage Corporation
Attn: Bankruptcy Attn: Bankruptcy
907 Pleasant Valley Ave , Ste 3
Mt Laurel, NJ 08054
Creditor
Via:        CM/ECF        X **1st Class Mail**        Certified Mail        e-mail:

Stifel Bank and Trust
Po Box 77404
Ewing, NJ 08628
Creditor
Via:      CM/ECF        <u>**X 1st Class Mail**</u>         Certified Mail          e-mail: