L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **GEOFFREY M. FRITZ** | : | |
| | : | Bky. No. 24-11831-PMM |
| | : | |
| Debtors. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

    I, Stephen M. Otto, certify that on March 28, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>March 28, 2025</u>　　　　　　　　　　　By: <u>/s/ Stephen M. Otto</u>
　　　　　　　　　　　　　　　　　　　　　　　Stephen M. Otto Esq.
　　　　　　　　　　　　　　　　　　　　　　　PA. I.D. No. 82463
　　　　　　　　　　　　　　　　　　　　　　　Cornerstone Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　　8500 Allentown Pike, STE 3
　　　　　　　　　　　　　　　　　　　　　　　Blandon, PA 19510
　　　　　　　　　　　　　　　　　　　　　　　(610) 926-7875
　　　　　　　　　　　　　　　　　　　　　　　steve@cornerstonelaw.us

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

DENISE ELIZABETH CARLON on behalf of Creditor STIFEL BANK & TRUST
Creditor
Via:    **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

United States Trustee
Via:    **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

Scott Waterman
Trustee
Via:    **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

Bank of America
PO Box 31900
Tampa, FL 33631-3900
Creditor
Via:    CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785
Creditor
Via:    CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618
Creditor
Via:    CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850
Creditor
Via:    CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241
Creditor
Via:    CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

Lehigh Valley Health Network
Patient Accounting Department
Po Box 4120
Allentown, PA 18105-4120
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

PNC Financial
Attn: Bankruptcy
300 Fifth Avenue
Pittsburgh, PA 15222
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail:

Stifel Bank and Trust
Po Box 77404
Ewing, NJ 08628
Creditor
Via:        CM/ECF        X **1ˢᵗ Class Mail**        Certified Mail        e-mail: