United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11831-pmm |
| Geoffrey M. Fritz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Geoffrey M. Fritz, 1544 Hidden Valley Rd, Allentown, PA 18103-9784 |
| 14892296 | | Bank of America, PO Box 31900, Tampa, FL 33631-3900 |
| 14892300 | | Lehigh Valley Health Network, Patient Accounting Department, Po Box 4120, Allentown, PA 18105-4120 |
| 14892302 | + | Stifel Bank And Trust/, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14895040 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 16 2025 00:29:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14910997 | | Email/Text: BKelectronicnotices@cenlar.com | May 16 2025 00:29:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14892297 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2025 00:26:14 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14892298 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:38:38 | Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14895516 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 01:24:18 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14892299 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2025 00:29:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 14910947 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:29:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14892301 | | Email/Text: Bankruptcy.Notices@pnc.com | May 16 2025 00:29:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 14906820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:39:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14895899 | ^ | MEBN | May 16 2025 00:20:57 | STIFEL BANK & TRUST, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 14 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor STIFEL BANK & TRUST bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Geoffrey M. Fritz steve@sottolaw.com valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Geoffrey M. Fritz<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11831−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 15, 2025                                                                             For The Court

                                                                                               Patricia M. Mayer
                                                                                               Judge, United States Bankruptcy Court