Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Geoffrey M. Fritz
1544 Hidden Valley Rd
Allentown, PA 18103-9784

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11831-PMM**

Petition Filed Date: 05/30/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 05/15/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $1,200.00 | | 09/17/2025 | $1,200.00 | | 10/20/2025 | $1,200.00 | |
| 11/18/2025 | $1,200.00 | | 12/17/2025 | $1,200.00 | | 01/20/2026 | $1,200.00 | |
| 02/18/2026 | $1,200.00 | | 03/17/2026 | $1,200.00 | | 05/13/2026 | $1,087.00 | |
| 06/05/2026 | $1,091.00 | | 07/21/2026 | $1,080.00 | | | | |

**Total Receipts for the Period: $12,858.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $32,372.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $460.60 | $389.70 | $70.90 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $4,277.87 | $4,277.87 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $141.36 | $0.00 | $141.36 |
| 4 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 003 | Unsecured Creditors | $10,308.32 | $0.00 | $10,308.32 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,068.26 | $0.00 | $2,068.26 |
| 6 | PNC BANK<br>»» 005 | Unsecured Creditors | $15,752.43 | $0.00 | $15,752.43 |
| 7 | CENLAR FSB<br>»» 006 | Mortgage Arrears | $22,953.63 | $19,419.91 | $3,533.72 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 8 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11831-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,372.00 | Current Monthly Payment: | $1,077.00 |
| Paid to Claims: | $28,812.48 | Arrearages: | ($1,876.00) |
| Paid to Trustee: | $2,553.45 | Total Plan Base: | $67,114.00 |
| Funds on Hand: | $1,006.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.