UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
Geoffrey Fritz — Chapter 13
Debtor — Case Number: 24-11831-pmm

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Sell Real Property Free and Clear of Liens, Interests and Encumbrances pursuant to Section 363 (hereinafter "the Motion"), it is hereby:

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. 363(b), that the Debtor is authorized to sell the Debtor's real property known as 1544 Hidden Valley Road, Allentown, PA 18103 to CLckn Solutions LLC for the sum of $344,000.00, pursuant to the terms of the Agreement of Sale attached to the Motion.

All valid, perfected, allowed secured claims and/or liens shall attach to the proceeds of sale as shall normal and customary closing costs, pro rata real estate taxes, monies owed to municipalities for water/sewer and taxes and shall be pay off in full at Settlement along with those other charges as are contained in the Motion, which is incorporated herein.

The First Mortgage with Cenlar FSB shall be paid in full at Settlement with up-to-date payoff quotes.

The balance of the Chapter 13 Plan in the amount of $34,742.00 shall be paid in full at Closing.

Any remaining proceeds, after the above expenses are paid, shall be paid directly to the Debtor.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

A copy of the HUD1 shall be sent to the Chapter 13 Trustee within 3 days of Closing.

BY THE COURT

Patricia M. Mayer ___________

Dated:

**October 22, 2026**

Patricia M. Mayer
United States Bankruptcy Judge